**Aetna**
AETNA INC. (S68)
151 FARMINGTON AVENUE, RE51
HARTFORD, CT 06156
029214 J135H12 058428

# Certificate of Prior Health Coverage

CINDY A KOLAKOWSKI
1341 PROVIDENCE CIRCLE
ELGIN IL 60120-5074

0464624-010-00000



\* IMPORTANT \*
KEEP THIS CERTIFICATE.

This certificate provides evidence of your coverage under this plan. Under a federal law known as HIPAA, you may need evidence of your coverage to reduce a preexisting condition exclusion period under another plan, to help you get special enrollment in another plan, or to get certain types of individual health coverage even if you have health problems.

If you are receiving this Certificate of Creditable Coverage because your group coverage has ended, other continuation options may be available. Refer to your Plan Documents for information on Continuation.

| Date Certificate Prepared | Name of Participant | Identification Number of Participant |
|---|---|---|
| 11/23/07 | CINDY A KOLAKOWSKI | W104842382 |

| Name of Group Health Plan (if applicable) |
|---|
| TAYLOR DISTRIBUTORS OF INDIANA |

### Prior Health Coverage Summary

| Name of Person(s) Certificate Applies To | Coverage Waiting Period | Creditable Coverage Period | Coverage Stop Date |
|---|---|---|---|
| CINDY A KOLAKOWSKI | 1-MONTH | AT LEAST 18 MONTHS | 09/01/07 |

In accordance with Federal Legislation, this Certificate of Prior Health Coverage is being issued as evidence that the persons named were covered under the named Health Plan in a benefit option which was either underwritten or administered by Aetna.
If any of the information on this certificate is incorrect, contact the plan administrator.

If your prior coverage, as evidenced on this form, was under an employer's Group Health Plan, and you continue to be enrolled under the named employer's Group Health Plan (either under an Aetna plan or another carrier's plan offered by the named employer), no action is required on your part.

If you no longer have coverage under the named Individual plan or under the named employer's Group Health Plan, you should keep this certificate. Should you enroll in a new Group Health Plan that applies a preexisting condition exclusion, you will need to present a copy of this certificate as proof of prior coverage.

This certificate was issued by: Aetna

If you have any questions concerning this certificate or require further information call: 1-888-266-5521



EXHIBIT A

**08 C 1417**           JUDGE CASTILLO
                MAGISTRATE JUDGE MASON



From:     Cindy Kolakowski <cindyk@flexsourceone.com>

To:       Kory Witmer <kwitmer@taylorchicago.com>
Cc:

Date:     Wednesday, January 09, 2008 08:56 am
Subject:  Re: Cobra Coverage

Kory,

At least I would have health insurance now. Before I left Taylor I emailed both you and Kyle expressing my wishes for Cobra Coverage per my email dated 06/04/07. I did receive an email from Kyle telling me he would get me whatever Cobra information I needed. I never saw it.


Cindy Kolakowski <br>
FlexSource, LLC <br>
630-782-0633

>-----Original Message-----
>From: Kory Witmer [mailto:kwitmer@taylorchicago.com]
>Sent: Wednesday, January 9, 2008 07:48 AM
>To: 'Cindy Kolakowski'
>Subject: Re: Cobra Coverage
>
>That's fine, believe what you want.. If we would have dropped you from
>insurance right away, and you would have had to pay the high Cobra
>premium, you would have switched insurance long ago.. Since we were
>paying, by our own fault or not, you were content to let it go.. I am
>not at all saying we were not at fault, we were, and once again we left
>the door open to have someone take advantage.. I guess three months of
>free health coverage was worthless because we didn't "mean to".. I am
>forwarding to Kyle, and I will tell him you two need to communicate
>directly.
>
>Cindy Kolakowski wrote:
>>
>> Kory,
>>
>> I beg to differ with you on going Way beyond anything you legally had
>> to do. If you would have gone according to HIPAA laws governing
>> terminations like the rest of the country (somehow you people think
>> you are exempt from our country's laws), everything would be fine. I
>> never asked you to pay for my health insurance for June, July and
>> August. The only reason you paid is because of your own
>> ineffeciencies in Human Resources. You are lucky I have not already
>> gone (once again for my protection) to the Department of Labor.
>>
>>
>> Cindy Kolakowski <br>
>> FlexSource, LLC <br>
>> 630-782-0633
>>
>> >-----Original Message-----
>> >From: Kory Witmer [mailto:kwitmer@taylorchicago.com]
>> >Sent: Tuesday, January 8, 2008 10:31 AM
>> >To: 'Cindy Kolakowski'
>> >Subject: Re: Cobra Coverage
>> >
>> >Yes Cindy I do want to get this taken care of,, I will call Kyle right
>> >now.. Cindy you make it sound like we intentionally are trying to screw
>> >you, which is not right.. We paid 100% of your health coverage for june,
>> >july, and august which was WAY beyond anything we legally had to do..
>> >Kyle assumed after three months that you would have health coverage thru
>> >your new employer, and was very lax about sending you the cobra forms,
>> >which was completely our fault, and we will make right, you have my word
>> >on that.. I will try to get some answers for you today cindy...
>> >Kory



EXHIBIT B

http://mail.flexsourceone.com/cgi-bin/visualmail.exe?id=014b6d55f627a7c4c707a4924d21a...    1/9/2008



```
>> >
>> >Cindy Kolakowski wrote:
>> >> HI Kory,
>> >>
>> >> Have you heard anything about my health coverage? It has now been a
>> >> month since I found out that I have been without health insurance
>> >> since 09/01/07. I really wish you could get this expedited because I
>> >> have already had to cancel one doctors appt. I would think since
>> >> Taylor Chicago is the reason I am in this predicament, they would feel
>> >> a sense of urgency to get this taken care of. Please advise.
>> >>
>> >> Cindy Kolakowski
>> >> FlexSource, LLC
>> >> 630-782-0633
>> >>
>> ------------------------------------------------------------
>> >>
>> >> No virus found in this incoming message.
>> >> Checked by AVG Free Edition.
>> >> Version: 7.5.516 / Virus Database: 269.17.13/1213 - Release Date:
>> 1/7/2008 9:14 AM
>> >>
>> >
>>
>> ------------------------------------------------------------
>>
>> No virus found in this incoming message.
>> Checked by AVG Free Edition.
>> Version: 7.5.516 / Virus Database: 269.17.13/1214 - Release Date: 1/8/2008 1:38 PM
>>
>
```

**Attachments:**



  **U.S. Department of Labor**
Employee Benefits
Security Administration

*www.dol.gov/ebsa*



Search / A-Z Index

Find It!: By Topic | By Audience | By Top 20 Requested Items | By Form | By Organization | By Location

DOL > EBSA > Contact Us

## Contact Us

About EBSA

Thank-you for submitting your inquiry to the Employee Benefits Security Administration. Your request has been received and you should expect to be contacted by an agency representative within the next 5 working days.

Compliance Assistance

Newsroom

Here are your responses:

| | |
|---|---|
| First Name: | **Cindy** |
| Last Name: | **Kolakowski** |
| Street Address: | **1341 Providence Circle** |
| Address 2: | |
| City: | **Elgin** |
| State/Province: | **Illinois** |
| Zip/Postal Code: | **60120** |
| Telephone: | **(800) 942-0769 ext 236** |
| Alternate Phone: | **(773) 510-5566 ext** |
| E-Mail: | **service@taylorchicago.com** |
| Your Inquiry: | **Taylor Chicago Distributors 401k 873 Cambridge Dr Elk Grove Village Illinois 60007 800-942-0769 no matching funds deposited in account since 3rd quarter of 2005 funds taken out of employees checks since Dec. 2006 not deposited in employees 401k accounts** |

Consumer Health Plan Information

Consumer Pension Plan Information

Forms & Document Requests

Laws and Regulations

Programs and Initiatives

Publications and Reports

Related Resources

▲Back to Top

http://www.dol.gov/

Frequently Asked Questions

Frequently Asked Questions | Freedom of Information Act | Customer Survey
Privacy & Security Statement | Disclaimers | E-mail to a Friend

Contact Us

U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

1.866.275.7922, TTY: 1.877.889.5627

Contact Us

*control #*
*06906*

http://askebsa.dol.gov/form_1_results.asp

3/16/2007

**EXHIBIT C**



## Cindy Kolakowski

**From:** "Kyle Witmer" <kywitmer@taylorindiana.com>
**To:** "Cindy Kolakowski" <service@taylorchicago.com>
**Sent:** Tuesday, June 05, 2007 11:53 AM
**Subject:** Re: Cobra

Cindy,

I am under the impression that you will be covered to the end of the month. I have asked for verification of that fact from my agent. We will also get you Cobra information for any additional months.

Kyle

> ----- Original Message -----
> **From:** Cindy Kolakowski
> **To:** Kory Witmer
> **Cc:** Kyle Witmer
> **Sent:** Monday, June 04, 2007 8:38 AM
> **Subject:** Cobra
>
> Hi Kory,
>
> Can you tell me if my insurance will carry me to the end of the month? In addition, I will need to carry the Cobra insurance for about a month after I leave.
>
> Cindy Kolakowski
> Taylor Chicago Distributors
> 800-942-0769 x236

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.472 / Virus Database: 269.8.9/832 - Release Date: 6/4/2007 6:43 PM

6/5/2007

