## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1417**

In the Matter of            Case Number:

CYNTHIA KOLAKOWSKI, Plaintiff

v.

TAYLOR DISTRIBUTORS OF INDIANA, INC., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**JUDGE CASTILLO**
**MAGISTRATE JUDGE MASON**

| NAME (Type or print) |
|---|
| Stephen B. Horwitz |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Stephen B. Horwitz |

| FIRM |
|---|
| Sugarman & Horwitz |

| STREET ADDRESS |
|---|
| 221 N. LaSalle St., Ste. 626 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601-1241 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1265466 (IL Sup. Ct.:ARDC) | 312-629-2920 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED**
**MARCH 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT