UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA KOLAKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 C 1417 |
| | ) | |
| TAYLOR DISTRIBUTORS OF | ) | Judge Castillo |
| INDIANA, INC., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING

Notice is hereby given that on the 1st day of May, 2008, the parties herein, by their

respective attorneys, utilizing the District Court's CM/ECF electronic filing system, have filed

their Initial Status Report, in advance of the settlement conference scheduled for May 6, 2008, at

3:30 p.m.

For the Plaintiff:

Stephen B. Horwitz
Sugarman & Horwitz, LLP
221 N. LaSalle St., Ste. 626
Chicago, IL 60601
312-629-2920

For Defendant:

_____

Thomas Vander Luitgaren
Shelli Sloan Anderson
Van Valer Law Firm, LLP
299 W. Main St.
Greenwood, Indiana 46142
317-881-7575