UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Cynthia Kolakowski
                              Plaintiff,

v.                                                             Case No.: 1:08−cv−01417
                                                             Honorable Ruben Castillo

Taylor Distributors of Indiana, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Settlement conference held in chambers on 5/6/2008. The parties are directed to exhaust all settlement possibilities by 5/30/2008. Defendant is given until 6/2/2008 to answer or otherwise plead to the complaint.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.