UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Limited Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

**Case Title:** Cynthia Kolakowski v. Taylor Distributors of Indiana, Inc.

**Case Number:** 08C 1417

**Assigned Judge:** Castillo

**Designated Magistrate Judge:** Mason

In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct certain specific proceedings in this case, allowing for the magistrate judge to exercise the court's jurisdiction to conduct any and all proceedings, including the entry of final judgment, as to the following motion(s):

**Description**                                                                 **Date Filed**

**FILED**
MAY 06 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Date | Signature | Name of Party or Parties |
|---|---|---|
| 5/6/08 | By: [signature] | Cynthia Kolakowski |
| 5/6/08 | By: [signature] | Taylor Distributors of Indiana, Inc. |
| | By: | |
| | By: | |

**Note:** File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.