## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Cynthia Kolakowski
                         Plaintiff,

v.                                          Case No.: 1:08–cv–01417
                                              Honorable Michael T. Mason

Taylor Distributors of Indiana, Inc.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

       MINUTE entry before Judge Honorable Michael T. Mason:Initial status hearing set for 6/10/2008 at 09:00 AM in courtroom 2214. Plaintiff's counsel is ordered to advise defendant's counsel of the upcoming status since defendant's counsel has not yet filed an appearance in this case.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.