IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA KOLAKOWSKI )<br><br>Plaintiffs, )<br><br>v. )<br><br>TAYLOR DISTRIBUTORS OF )<br>INDIANA, INC. )<br><br>Defendants. ) | No. 08 C 1417<br><br>Judge Castillo<br>Magistrate Judge Mason |

## NOTICE OF MOTION

To:   Stephen B. Horwitz
      SUGARMAN & HOTWITZ, LLP
      221 N. LaSalle., Ste. 626
      Chicago, Illinois 60601-1241

PLEASE TAKE NOTICE THAT on the 11th day of June, 2008 at 9:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ruben Castillo, or any judge sitting in his stead, in Courtroom 2141 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendant's Motion to Dismiss Pursuant to Rule 12(B)(2), 12(B)(6) and 12(B)(7)**, copy of which is attached hereto and is hereby served upon you.

                              JAMES W. DAVIDSON

                    By:   /s/ James W. Davidson
                          One of the attorneys for Defendants
                          Taylor Distributors of Indiana, Inc.

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Drive, Suite 4800
Chicago, Illinois 60601
(312) 606-8721

## PROOF OF SERVICE

James W. Davidson, an attorney, certifies that he caused copies of the foregoing **Notice of Motion** and **Defendant's Motion to Dismiss Pursuant to Rule 12(B)(2), 12(B)(6) and 12(B)(7)** to be served on counsel of record:

Stephen B. Horwitz
SUGARMAN & HORWITZ, LLP
221 N. LaSalle St., Ste. 626
Chicago, Illinois 60601-1241

on May 30, 2008 via regular United States mail.

                                              /s/ James W. Davidson
                                              James W. Davidson

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Drive, Suite 4800
Chicago, Illinois 60601
(312) 606-8721