IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA KOLAKOWSKI | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 08 C 1417 |
| TAYLOR DISTRIBUTORS OF INDIANA, INC. | ) | Judge Castillo |
| | ) | Magistrate Judge Mason |
| Defendants. | ) | |

## NOTICE OF FILING

To: Stephen B. Horwitz
SUGARMAN & HORWITZ, LLP
221 N. LaSalle St., Ste. 626
Chicago, Illinois 60601-1241

PLEASE TAKE NOTICE THAT on the 30th day of May, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Answer and Affirmative Defenses**, a copy of which is attached hereto and is hereby served upon you.

TAYLOR DISTRIBUTORS OF INDIANA, INC.

By: /s/
James W. Davidson

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Drive, Suite 4800
Chicago, Illinois 60601
(312) 606-8721

## PROOF OF SERVICE

James W. Davidson, an attorney, certifies that he caused copies of the foregoing **Notice of Filing** and **Defendants' Answer and Affirmative Defenses** to be served on counsel of record:

> Stephen B. Horwitz
> SUGARMAN & HORWITZ, LLP
> 221 N. LaSalle St., Ste. 626
> Chicago, Illinois 60601-1241

on May 30, 2008 via regular United States mail.

_____/s/_____
James W. Davidson

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Drive, Suite 4800
Chicago, Illinois 60601
(312) 606-8721