UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Cynthia Kolakowski

                             Plaintiff,

v.                                                             Case No.: 1:08–cv–01417
                                                                    Honorable Michael T. Mason

Taylor Distributors of Indiana, Inc.

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 30, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Since the parties have consented to the jurisdiction of the magistrate judge, presentment date of 6/11/08 before Judge Castillo for defendant's motion to dismiss is stricken. Judge Mason will address defendant's motion to dismiss [18] during the initial status hearing which was previously set for 6/10/08 at 9:00 a.m.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.