UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA KOLAKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 C 1417 |
| | ) | |
| TAYLOR DISTRIBUTORS OF | ) | Magistrate Judge Mason |
| INDIANA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

Please Take Notice that on June 10, 2008, at 9:00 a.m., at the time of the previously scheduled status hearing, I shall appear before the Honorable Magistrate Judge Michael T. Mason, in the courtroom usually occupied by him (2214) in the Dirksen Federal Bldg., 219 S. Dearborn St., Chicago, Illinois 60604, at which time I shall present plaintiff's motion to file her First Amended Complaint, a copy of which is attached.

Stephen B. Horwitz
Attorney for Plaintiff

Sugarman & Horwitz, LLP
221 N. LaSalle St., Ste. 626
Chicago, IL  60601-1241
(312) 629-2920

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2008, I utilized the District Court's CM/ECF electronic filing system to cause, the Plaintiff's Motion to File Her First Amended Complaint (accompanied by the First Amended Complaint, as proposed), and this Notice of Filing, to be served upon defendant's attorneys of record, *to wit*:

> James W. Davidson, Lisa M. Sommer & George Spellmire
> Spellmire & Sommer
> 77 W. Wacker Dr., Ste. 4800
> Chicago, IL 60601

*/s/ Stephen B. Horwitz*