# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Cynthia Kolakowski

                      Plaintiff,

v.                                            Case No.: 1:08–cv–01417
                                                        Honorable Michael T. Mason

Taylor Distributors of Indiana, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Plaintiffs Motion for Leave to File First Amended Complaint [23] is GRANTED. Plaintiff is to file the First Amended Complaint by 6/9/08. Defendant is to answer or otherwise plead by 6/30/08. Defendants Motion to Dismiss [18] is denied as moot. Initial status hearing set for 6/10/08 is stricken and reset to 7/16/08 at 9:00 a.m.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.