UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA KOLAKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 C 1417 |
| | ) | |
| TAYLOR DISTRIBUTORS OF | ) | Judge Castillo |
| INDIANA, INC., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

### REQUEST FOR JURY TRIAL

Comes now the defendant, Taylor Distributors of Indiana, Inc., by counsel, and would respectfully request that this matter be tried by jury.

Respectfully submitted,

VAN VALER LAW FIRM, LLP

By: _____
Thomas W. Vander Luitgaren
Indiana Attorney No. 20416-43
299 West Main Street
Greenwood, IN 46142

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing document has been duly served upon the following named individual via United States Mail, First Class and postage prepaid this 9th day of June, 2008, addressed as follows:

Stephen B. Horwitz
SUGARMAN & HORWITZ, LLP
221 N. LaSalle St., Ste. 626
Chicago, IL 60601-1241

Lisa Sommer
Spellmire & Sommer
77 W. Wacker Drive
Ste. 4800
Chicago, IL 60601
(as local counsel for Defendant)

_____
Thomas W. Vander Luitgaren

*VAN VALER LAW FIRM, LLP*
*299 West Main Street*
*Greenwood, Indiana 46142*
*Telephone: 317.881.7575*

2