UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA KOLAKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 C 1417 |
| | ) | |
| TAYLOR DISTRIBUTORS OF INDIANA, INC., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

Please Take Notice that on June 9, 2008, and pursuant to Order of Magistrate Judge Mason giving plaintiff leave to file the same, I electronically filed with the Clerk of the U. S. District Court for the Northern District of Illinois, Plaintiff's First Amended Complaint a copy of which is attached.

_____
Stephen B. Horwitz
Plaintiff's Attorney

Sugarman & Horwitz
221 N. LaSalle St., Ste. 626
Chicago, Illinois 60601
312-629-2920

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2008, I utilized the District Court's CM/ECF electronic filing system to cause Plaintiff's Plaintiff's First Amended Complaint and this Notice of Filing, to be served on all counsel of record, *to wit*:

James W. Davidson, Lisa M. Sommer & George Spellmire
Spellmire & Sommer
77 W. Wacker Dr., Ste. 4800
Chicago, IL 60601

_____