UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA KOLAKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 C 1417 |
| | ) | |
| TAYLOR DISTRIBUTORS OF | ) | Judge Castillo |
| INDIANA, INC., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT

Comes now, Defendant Taylor Distributors of Indiana, Inc., by counsel, in this cause of action, and for its Motion for Extension of Time to Answer Plaintiff's First Amended Complaint, would respectfully show the Court as follows:

1.    That Plaintiff filed her First Amended Complaint with leave of the Court on or about June 9, 2008.

2.    That pursuant to the Court's June 4, 2008 minute entry, Defendant is to answer or otherwise plead by June 30, 2008.

3.    That despite a good faith effort counsel for Defendant has been unable to accumulate facts and documents necessary to file a good faith response to Plaintiff's First Amended Complaint.

4.    That counsel for Defendant had to go out of town recently for a period of time due to family medical reasons.

5.    That counsel for the Plaintiff was contacted on June 25, 2008, and stated no objection to an extension of time up to and including July 14, 2008.

6.    That the undersigned represents that this is a good faith request for an extension and not made for dilatory purposes.

7.    That the request will result in no prejudice to any other party to this action.

WHEREFORE, Plaintiff, by counsel, respectfully requests an Extension of Time to Answer Plaintiff's First Amended Complaint filed herein up to and including July 14, 2008.

Respectfully submitted,

VAN VALER LAW FIRM, LLP

By: _____

Thomas W. Vander Luitgaren
Indiana Attorney No.  20416-43
299 West Main Street
Greenwood, IN 46142

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been duly served upon the following parites via United States Mail, First Class and postage prepaid this 26th day of June, 2008.

Stephen B. Horwitz
SUGARMAN & HORWITZ, LLP
221 N. LaSalle St., Ste. 626
Chicago, IL 60601-1241

Lisa Sommer
Spellmire & Sommer
77 W. Wacker Drive
Ste. 4800
Chicago, IL 60601
(as local counsel for Defendant)

Thomas W. Vander Luitgaren

*VAN VALER LAW FIRM, LLP*
*299 West Main Street*
*Greenwood, Indiana 46142*
*Telephone: 317.881.7575*