IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA KOLAKOWSKI )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TAYLOR DISTRIBUTORS OF )<br>INDIANA, INC. )<br>)<br>Defendants. )<br>)<br>) | No. 08 C 1417<br><br>Judge Castillo<br>Magistrate Judge Mason |

## NOTICE OF MOTION

To:   Stephen B. Horwitz
      SUGARMAN & HOTWITZ, LLP
      221 N. LaSalle., Ste. 626
      Chicago, Illinois 60601-1241

**PLEASE TAKE NOTICE THAT** on the 3rd day of July, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Mason, or any judge sitting in his stead, in Courtroom 2206 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendant's Motion for Extension of Time to Answer Plaintiff's First Amended Complaint**, copy of which is attached hereto and is hereby served upon you.

JAMES W. DAVIDSON

By:    /s/ James W. Davidson
       One of the attorneys for Defendants
       Taylor Distributors of Indiana, Inc.

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Drive, Suite 4800
Chicago, Illinois 60601
(312) 606-8721

## PROOF OF SERVICE

James W. Davidson, an attorney, certifies that he caused copies of the foregoing **Notice of Motion** and **Defendant's Motion for Extension of Time to Answer Plaintiff's First Amended Complaint** to be served on counsel of record:

Stephen B. Horwitz
SUGARMAN & HORWITZ, LLP
221 N. LaSalle St., Ste. 626
Chicago, Illinois 60601-1241

On June 26, 2008 via regular United States mail.

                                                          /s/ James W. Davidson
                                                          James W. Davidson

George W. Spellmire
Lisa M. Sommer
James W. Davidson
SPELLMIRE & SOMMER
77 W. Wacker Drive, Suite 4800
Chicago, Illinois 60601
(312) 606-8721