## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Cynthia Kolakowski
                                               Plaintiff,

v.                                                        Case No.: 1:08–cv–01417
                                                            Honorable Michael T. Mason

Taylor Distributors of Indiana, Inc.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

       MINUTE entry before the Honorable Michael T. Mason: Defendant's motion for extension of time to answer first amended complaint [31] is granted. Defendant is to answer or otherwise plead by 7/14/08. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.