UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Cynthia Kolakowski
                                  Plaintiff,

v.                                                                 Case No.: 1:08–cv–01417
                                                                        Honorable Michael T. Mason

Taylor Distributors of Indiana, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable Michael T. Mason:Status hearing held and continued to 10/7/08 at 9:00 a.m. Discovery schedule set as follows: Rule 26(f) Conference to be held by 9/8/08; Rule 26(a)(1) Disclosures to be exchanged by 9/22/08; Joinder of Parties, if any, by 10/10/08; Amendments to Pleadings to be filed by 10/31/08; Fact Discovery ordered closed 12/31/08.Mailed notice(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.